**STATE of Missouri, Respondent,**

v.

**Christopher V. GUYTON, Appellant.**

No. WD 59707.

Missouri Court of Appeals,
Western District.

June 18, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 25, 2002.

Application for Transfer Denied Sept. 24, 2002.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Nicole E. Gorovsky, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before VICTOR C. HOWARD, P.J., EDWIN H. SMITH and THOMAS H. NEWTON, JJ.

### Order

PER CURIAM.

Mr. Christopher V. Guyton appeals his conviction for second degree murder, assault in the first degree, and two counts of armed criminal action.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).